Decision Per Curiam.

---

The State of Florida *ex rel.* James M. Graham, Relator, vs. W. S. Bullock, Judge of the Fifth Judicial Circuit of Florida, Respondent.

### IN BANC.

Original proceedings for writ of prohibition against W. S. Bullock as Judge of the Fifth Judicial Circuit of Florida.

*Horatio Davis, Evans Haile* and *J. B. Whitfield,* for Petitioner.

Proceedings dismissed on motion of counsel for petitioner.